LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074, dalekgalipo@yahoo.com)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333; Facsimile: (818) 347-4118

MARDIROSSIAN & ASSOCIATES, INC.
Garo Mardirossian, Esq. (SBN 101812, garo@garolaw.com)
Lawrence D. Marks, Esq. (SBN 153460, lmarks@garolaw.com)
6311 Wilshire Boulevard
Los Angeles, CA 90048-5001
Telephone: (323) 653-6311; Facsimile: (323) 651-5511

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G., A.G., A.P., and L.P., in each case by and through their guardian *ad litem*, Maria Pantoja, individually and as a successor in interest to Richard Posadas, deceased, and LOURDES VAUGHAN, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ARVIN; KEVIN ARCHULETA; ALDO ORNALES; PATRICIA STEWART and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 20-473 <br><br> **DECLARATION OF MARIA PANTOJA AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS J.G., A.G., A.P. AND L.P. AS SUCCESSORS IN INTEREST TO RICHARD POSADAS** <br><br> [Cal. Code Civ. Proc. §373] |

## C.C.P. § 377.32 DECLARATION OF MARIA PANTOJA FOR J.G., A.G., A.P., AND L.P. AS SUCCESSORS IN INTEREST TO RICHARD POSADAS

I, Maria Pantoja do hereby declare as follows:

1. My name is Maria Pantoja. I am a competent adult over the age of eighteen and the natural mother of minor plaintiffs J.G., A.G., A.P., and L.P.

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. The name of the decedent in this action is Richard Posadas ("Decedent").

4. Decedent is the natural father of each of minor plaintiffs J.G., A.G., A.P., and L.P.

5. Decedent died on December 5, 2018 in the City of Arvin, County of Kern, California.

6. No proceeding is now pending in California for administration of Decedent's estate.

7. J.G., A.G., A.P., and L.P. are Decedent's successors in interest as defined in Section 377.11 of the California Code of Civil Procedure and succeed to Decedent's interest in this action or proceeding as the biological children of Decedent.

8. No other persons have a superior right to commence this action or proceeding or to be substituted for Decedent in this pending action or proceeding.

1  ~~9. A copy of the death certificate of Decedent is attached hereto as~~
2  "Exhibit A."

3  I, Maria Pantoja declare under penalty of perjury under the laws of the
4  State of California that the foregoing is true and correct.

6  Executed on 07/02/2020 in Arvin, California.

8  *Maria Pantoja*
   Maria Pantoja

-2-
DECLARATION OF MARIA PANTOJA AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS J.G., A.G., A.P., AND L.P.

# EXHIBIT A

# CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 3052018249888
**LOCAL REGISTRATION NUMBER:** 3201815005434

## Decedent's Personal Data

- **1. Name of Decedent – First:** RICHARD
- **Middle:** (blank)
- **2. Last (Family):** POSADAS
- **AKA:** (blank)
- **3. Birth State/Foreign Country:** CA
- **4. Date of Birth:** 08/23/1992
- **5. Age:** 26
- **6. Sex:** M
- **7. Date of Death:** 12/05/2018
- **8. Hour:** 0144
- **10. Social Security Number:** 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
- **11. Ever in U.S. Armed Forces:** NO
- **12. Marital Status:** NEVER MARRIED
- **13. Education:** HS GRADUATE
- **14/15. Hispanic:** YES – HISPANIC
- **16. Decedent's Race:** HISPANIC
- **17. Usual Occupation:** LABORER
- **18. Kind of Business or Industry:** AGRICULTURE
- **19. Years in Occupation:** 6
- **20. Decedent's Residence:** 6001 MIDAS STREET
- **21. City:** BAKERSFIELD
- **22. County/Province:** KERN
- **23. Zip Code:** 93307
- **24. Years in County:** 26
- **25. State/Foreign Country:** CA
- **26. Informant's Name, Relationship:** SAMANTHA POSADAS, SISTER
- **27. Informant's Mailing Address:** 6001 MIDAS STREET, BAKERSFIELD, CA 93307

## Spouse/SRDP and Parent Information

- **31. Name of Father/Parent – First:** ALEJANDRO
- **32. Middle:** G.
- **33. Last:** POSADAS
- **34. Birth State:** CA
- **35. Name of Mother/Parent – First:** MARIA
- **36. Middle:** LOURDES
- **37. Last (Birth Name):** HERNANDEZ
- **38. Birth State:** MEXICO

## Funeral Director / Local Registrar

- **39. Disposition Date:** 12/17/2018
- **40. Place of Final Disposition:** SOUTH KERN CEMETERY DISTRICT, 15543 SOUTH VINELAND ROAD, BAKERSFIELD, CA 93307
- **41. Type of Disposition:** CR/BU
- **42. Signature of Embalmer:** JESUS MONTANO
- **43. License Number:** EMB7811
- **44. Name of Funeral Establishment:** PETERS FUNERAL HOME
- **45. License Number:** FD884
- **46. Signature of Local Registrar:** KRIS LYON, MD
- **47. Date:** 12/13/2018

## Place of Death

- **101. Place of Death:** PRIVATE RESIDENCE
- **104. County:** KERN
- **105. Facility Address or Location Where Found:** 929 WERNLI COURT
- **City:** ARVIN

## Cause of Death

- **107. Cause of Death – Immediate Cause (A):** MULTIPLE GUNSHOT WOUNDS
- **Time Interval:** MINS
- **109. Death Reported to Coroner:** YES — C02672-18
- **110. Biopsy Performed:** NO
- **111. Autopsy Performed:** YES
- **111. Used to Determine Cause:** YES
- **112. Other Significant Conditions:** NONE
- **113. Was Operation Performed:** NO

## Physician's Certification

(blank)

## Coroner's Use Only

- **119. Manner of Death:** Accident [X] Homicide
- **120. Injured at Work:** NO
- **121. Injury Date:** 12/05/2018
- **122. Hour:** 0115
- **123. Place of Injury:** PRIVATE RESIDENCE
- **124. Describe How Injury Occurred:** SHOT BY ANOTHER – HANDGUN
- **125. Location of Injury:** 929 WERNLI CT, ARVIN, CA 93203
- **126. Signature of Coroner/Deputy Coroner:** JOSE GOMEZ
- **127. Date:** 12/12/2018
- **128. Type Name, Title of Coroner/Deputy Coroner:** JOSE GOMEZ, DEPUTY CORONER

---

**CERTIFIED COPY OF VITAL RECORDS**

**DATE ISSUED:** DEC 17 2018

**STATE OF CALIFORNIA, COUNTY OF KERN** ss

This is a true and exact reproduction of the document officially placed on file in the office of the VITAL RECORDS

000667398

