**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.G., A.G., A.P., and L.P., in each case by and through their guardian *ad litem*, Maria Pantoja, individually and as a successor in interest to Richard Posadas, deceased, and LOURDES VAUGHAN, individually.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ARVIN; KEVIN ARCHULETA; ALDO ORNALES; PATRICIA STEWART and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:20-cv-00941-JLT-BAK (SAB)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DISCOVERY DATES** |

ORDER

IT IS HEREBY ORDERED THAT the expert discovery dates be continued as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Initial Expert Disclosures | 2/15/2022 | 3/1/2022 |
| Rebuttal Expert Disclosures | 3/22/2022 | 4/12/2022 |
| Expert Discovery Cutoff | 4/29/2022 | 5/20/2022 |

IT IS SO ORDERED.

Dated:   **February 10, 2022**   _____
UNITED STATES MAGISTRATE JUDGE