**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Attorneys for *Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G., et al., | Case No. 1:20-cv-00941-JLT-BAK (SAB) |
| Plaintiffs, | Assigned to: Hon. Jennifer L. Thurston |
| v. | **NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE ALL DATES** |
| CITY OF ARVIN, et al., | |
| Defendants. | |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**: please take notice that Plaintiffs J.G., A.G., A.P., and L.P., by and through their guardian *ad litem* Maria Pantoja, and Lourdes Vaughan, and Defendants City of Arvin, Kevin Archuleta, Aldo Ornales, and Patricia Stewart, hereby stipulate to the following:

WHEREAS, the parties have reached an agreement to settle the entire case.

WHEREAS, this case involves four minor plaintiffs, who will need to file a petition for approval of the compromise of their claims with this Court.

WHEREAS, the parties request that all dates and deadlines be vacated, including the trial date, based on the parties' settlement of the entire action.

WHEREAS, the parties further request that the Court maintain jurisdiction over this action for ninety (90) days to allow time for the minor plaintiffs, through their guardian ad litem, to select annuity proposals and file their petition, to allow time for this Court to consider the minors' compromise petition, and to allow time for the parties to consummate the terms of the settlement.

WHEREAS, the parties will shall a stipulation to dismiss the case, with prejudice, once Plaintiffs' counsel has received the settlement funds and the funds have cleared and been deposited into the minor's annuities.

WHEREAS, if the settlement has not been consummated within ninety (90) days of the Court's order regarding this stipulation, the parties agree that Plaintiffs may file a request to reopen the case or request additional time to consummate the settlement.

WHEREAS, based on the above, good cause exists for granting the parties' stipulation.

**IT IS SO STIPULATED.**

DATED: September 20, 2022            FERGUSON, PRAET & SHERMAN, APC

By:  */s/ Bruce D. Praet*
     Bruce D. Praet,
     Attorney for Defendants

DATED: September 20, 2022            LAW OFFICES OF DALE K. GALIPO

By:  */s/ Renee V. Masongsong*
     Dale K. Galipo
     Renee V. Masongsong[1]
     Attorneys for Plaintiffs

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-
NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE ALL DATES