# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES VAUGHAN, et al., | Case No. 1:20-cv-00941-JLT-BAK |
| Plaintiffs, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE PETITION FOR APPROVAL OF MINORS' SETTLEMENT WITHIN NINETY DAYS |
| v. | |
| ALDO ORNALES, et al., | (ECF No. 21) |
| Defendants. | |

This action was filed on July 6, 2020, by Lourdes Vaughan, and minor Plaintiffs A.P., A.G., L.P., J.G., through their guardian ad litem. (ECF No. 1.) On September 20, 2022, a notice of settlement was filed. (ECF No. 21.)

Pursuant to Local Rule, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. L.R. 160(b). Given the status of the minor Plaintiffs, the parties request this Court retain jurisdiction for 90 days to complete the settlement agreement, select annuity proposals, and to file a petition for approval of the settlement. The Court retains jurisdiction until the action is dismissed. The Court shall vacate all matters and finds good cause to allow the parties a period of ninety (90) days to file the motion for approval of the settlement.

/ / /

/ / /

1

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file a petition for approval of the minors' settlement within ninety (90) days of entry of this order.

IT IS SO ORDERED.

Dated: __**September 21, 2022**__

_____
UNITED STATES MAGISTRATE JUDGE