1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11    LOURDES VAUGHNAN, ET AL.,              Case No. 1:20-cv-00941-JLT-CDB

12                Plaintiff,                 ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS AND GRANTING EX
13        v.                                 PARTE APPLICATION FOR COMPROMISE
                                             OF MINORS' CLAIMS
14    ORNALES, ET AL.,
                                             (Docs. 24, 28)
15                Respondent.

16

17        The assigned magistrate judge issued findings and recommendations to grant Plaintiff's

18   application for the minors' compromise.  The Court served the findings and recommendations on

19   the Parties and granted them 14 days to file objections to the findings and recommendations. No

20   objections have been filed.  The findings and recommendations advised the parties that failure to

21   file objections within the specified time may result in the waiver of rights on appeal.  (Doc. 28);

22   *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998).

23        According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this

24   case.  Having carefully reviewed the entire file, the Court concludes the findings and

25   recommendations are supported by the record and by proper analysis. Based upon the foregoing,

26   the Court ORDERS:

27        1.  The findings and recommendations issued on December 9, 2022 are adopted in full;

28            and

1        2.  The Parties' settlement in whole is approved (Doc. 24).

2

3   IT IS SO ORDERED.

4      Dated:    **February 7, 2023**

5                                       UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28