UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES VAUGHAN, ET AL., | Case No. 1:20-cv-00941-JLT-CDB |
| Plaintiffs, | ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* TIME TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| ORNALES, ET AL., | (ECF No. 31) |
| Defendant. | |

Pending before the Court is the parties' untimely stipulation seeking an order extending their time to file dispositional documents. On February 13, 2023, the Court directed the parties to file a stipulation for dismissal of the action with prejudice within twenty-one days, or by March 6, 2023. (ECF No. 30). Instead, on March 7, 2023, the parties belatedly filed the pending request for extension.

Since it is clear from the parties' filings that they have settled their respective claims (ECF Nos. 21, 24, 27), the claims are subject to dismissal under Federal Rule of Civil Procedure 41(a)(2) even though the parties have not complied with the Court's order to file dispositional documents or a stipulation for dismissal. This dismissal order could issue since "literal compliance with the stipulation requirement has not been required where the agreement of all parties is apparent." *Garber v. Chicago Mercantile Exchange*, 570 F.3d 1361, 1366 (Fed. Cir. 2009) (internal citation and quotations omitted). *Accord*, *Eitel v. McCool*, 782 F.2d 1470, 1472-73 (9th Cir. 1986) (explaining that

1

"[t]he court reasonably concluded that the parties had the requisite mutual intent to dismiss the action with prejudice" when the court "f[ound] that the parties' ... representations to the court agreeing to a dismissal with prejudice constituted a voluntary stipulated dismissal under Rule 41(a)(1)(ii)").

Nevertheless, based on the parties' representations in the pending stipulation, the Court finds good cause to grant the requested, brief extension. Accordingly, IT IS HEREBY ORDERED that the parties' time to file dispositional documents/stipulation for dismissal shall be extended to March 20, 2023.

IT IS SO ORDERED.

Dated: **March 7, 2023**

UNITED STATES MAGISTRATE JUDGE